UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES DEGRACE,

    Plaintiff,

v.             CASE NO.: 8:18-cv-01751-MSS-SPF

RADIUS GLOBAL SOLUTIONS, LLC,

    Defendant.

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

**COMES NOW** the Plaintiff, James Degrace, and the Defendant, Radius Global Solutions, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, without prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

| | |
|---|---|
| */s/ Geoffrey E. Parmer* | */s/ Ashley N. Wydro* |
| Geoffrey E. Parmer, Esquire | Ashley N. Wydro, Esquire |
| Florida Bar No. 989258 | Florida Bar No. 0106605 |
| Geoff@TheConsumerProtectionFirm.com | awydro@sessions.legal |
| William "Billy" Peerce Howard, Esquire | Sessions Fishman Nathan & Israel, LLC |
| Florida Bar No. 103330 | 3350 Buschwood Park Drive, Suite 195 |
| The Consumer Protection Firm, PLLC | Tampa, FL 33618 |
| 4030 Henderson Boulevard | Tel.: (813) 440-5327 |
| Tampa, FL 33629 | Fax: (877) 334-0661 |
| Tel.: (813) 500-1500 x206 | *Attorneys for Defendant,* |
| Fax: (813) 435-2369 | *Radius Global Solutions LLC* |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system on July 29, 2019 to all parties of record.

                                                    Respectfully submitted,

                                                    */s/Geoffrey E. Parmer*
                                                     Geoffrey E. Parmer, Esquire