UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JAMES DEGRACE,**

    Plaintiff,

v.                                          Case No: 8:18-cv-1751-MSS-SPF

**RADIUS GLOBAL SOLUTIONS LLC,**

    Defendant.

_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Parties' Joint Stipulation for Dismissal without Prejudice, (Dkt. 34), and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 30th day of July, 2019.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party